# EXHIBIT A

(filed under seal)

EXHIBIT A