# EXHIBIT B

EXHIBIT B

Case: 4:06-cv-01426-FRB Doc. #: 92-3 Filed: 04/30/10 Page: 2 of 3 PageID #: 1067
Case 4:08-cv-00434-JCH Document 62-14 Filed 11/22/09 Page 2 of 3

Sanjeev Lahoti                                                            August 5, 2009

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION


SEMI-MATERIALS CO., LTD.      )
                              )
     Plaintiff,               )
                              )
VS.                           )    Case No. 4:08-cv-00434 JCH
                              )
MEMC ELECTRONIC MATERIALS,    )
INC., and MEMC PASADENA,      )
INC.                          )
                              )
     Defendants.              )



                ORAL DEPOSITION OF SANJEEV LAHOTI
                        AUGUST 5, 2009
```

ORAL DEPOSITION OF SANJEEV LAHOTI, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above styled and numbered cause on Wednesday, August 5, 2009, from 9:35 a.m. to 10:11 a.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at the offices of Baker & McKenzie, LLP, 711 Louisiana, Suite 3400, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on

the record herein.

Case: 4:06-cv-01426-FRB Doc. #: 93-3 Filed: 04/30/10 Page: 3 of 3 PageID #: 1068
Case 4:08-cv-00434-JCH Document 62-14 Filed 11/22/09 Page 3 of 3

Sanjeev Lahoti                                                  August 5, 2009

Page 6

1   please.

2             MR. KENT: I'm sorry, what?

3             THE REPORTER: I'm having a little trouble
4   hearing you.

5             MR. KENT: Okay. Mr. Lahoti is going to be
6   invoking his Fifth Amendment rights not to testify today
7   in response to all questions relating to his employment at
8   MEMC as well as his current employment and his employment
9   history. So we -- we've advised Mr. Carver of that.
10  Mr. Lahoti plans to do that.

11            I am a former federal prosecutor. I'm the
12  one handling the matter that creates the need for him to
13  do that, and I'm very confident of the propriety of him
14  doing that.

15            Also, I just want to state for the record
16  that I -- I understand that Mr. Carver has the right to
17  take this deposition. I would question whether or not he
18  could ever possibly use the invocation by Mr. Lahoti of
19  his Fifth Amendment rights as -- against MEMC given the
20  circumstances of the situation and the fact that MEMC is
21  alleged to be a victim in connection with the matter under
22  investigation.

23            So I just want to say that for the record.
24  And, Mr. Carver, you may proceed.

25            MR. CARVER: Thank you.